IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY SILVERA,

        Petitioner,               No. CIV S-09-2326 GGH P

   vs.

WARDEN BARNES, et al.,

        Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis is granted.

DATED: October 7, 2009

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

sil2326.ord